FILED
CHARLOTTE, NC

MAY 0 7 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

United State of America, )
*Plaintiff,* )
)
v. ) Case No. 5:99-cr-0070-3
)
Alphonso Ravon Morrison, )
*Defendant.* )

## **ORDER**

THIS MATTER is before the Court on Defendant's Unopposed Motion for Leave to Obtain and Review Documents Filed Under Seal and Not Available to the Public through PACER and to Re-disclose the Presentence Report ("Defendant's Motion") [Dkt. 211].

For the reasons stated in Defendant's Motion, and for good cause shown, IT IS HEREBY ORDERED that Docket Entries 1 – 210, including those under seal and those not otherwise available to the public, will be made available to counsel for Defendant Alphonso Ravon Morrision.

IT IS FURTHER ORDERED that counsel for Defendant may provide a copy of the Presentence Report and any addenda to the Screening Committee and Steering Committee of Clemency Project 2014, and to the Office of the Pardon Attorney, should a petition for clemency be filed.

IT IS SO ORDERED.

United States District Court Judge

5-7-15